IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RICHARD ANTHONY DELFELD, JR. | § | |
| v. | § | CIVIL ACTION NO. 6:11CV43 |
| PAT BURNETT, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of Plaintiff's Motion to Voluntarily Dismiss Claim Against Van Zandt County District Attorney's Office Under Fed.R.Civ.P. 41(a)(1)(A) (document #83) has been presented for consideration. The Report and Recommendation recommends that the motion be granted and that all claims against Defendant Van Zandt County District Attorney's Office be dismissed from this case without prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Voluntarily Dismiss Claim Against Van Zandt County District Attorney's Office Under Fed.R.Civ.P. 41(a)(1)(A) (document #83) is **GRANTED**. The

claims against Defendant Van Zandt County District Attorney's Office are **DISMISSED** without prejudice.

    **It is SO ORDERED.**

    **SIGNED this 14th day of December, 2011.**

                                            MICHAEL H. SCHNEIDER
                                            UNITED STATES DISTRICT JUDGE