IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RICHARD ANTHONY DELFELD, JR. | § | |
| v. | § | CIVIL ACTION NO. 6:11CV43 |
| PAT BURNETT, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

  The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #79) recommends that Plaintiff's Motion to Voluntarily Dismiss Claim Against Scott Shinn Pursuant to Federal Rules of Civil Procedure 41(a)(2) (document #69) be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

  In light of the foregoing, it is

  **ORDERED** that the Motion to Voluntarily Dismiss Claim Against Scott Shinn Pursuant to Federal Rules of Civil Procedure 41(a)(2) (document #69) is **GRANTED**. Any and all claims against Scott Shinn are **DISMISSED** without prejudice.

  **It is SO ORDERED.**

  **SIGNED this 2nd day of February, 2012.**

_/s/ Michael H. Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE