IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RICHARD ANTHONY DELFELD, JR. | § | |
| v. | § | CIVIL ACTION NO. 6:11CV43 |
| PAT BURNETT, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #94), filed on May 29, 2012, recommends that Colonial Tyler Care Center's and Ashley Rutledge's Motion to Dismiss for Plaintiff's Failure to State a Claim (document #51) be granted and that the claims against Colonial Tyler Care Center, LP and Ashley Rutledge be dismissed with prejudice pursuant to Fed.R.Civ.P. 12(b)(6). The Court received an acknowledgment of receipt revealing that Plaintiff received the Report and Recommendation on May 31, 2012. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Dismiss for Plaintiff's Failure to State a Claim (document #51) is **GRANTED**. The claims against Colonial Tyler Care Center, LP and Ashley Rutledge are **DISMISSED** with prejudice pursuant to Fed.R.Civ.P. 12(b)(6)

**It is SO ORDERED.**

**SIGNED this 22nd day of June, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE